PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CV-00931-MCE-KJN |
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $40,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $40,000.00 in U.S. Currency ("defendant currency") seized on or about September 15, 2020.

2. A Verified Complaint for Forfeiture In Rem ("Complaint") was filed on May 21, 2021, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C).

3. On May 24, 2021, the Clerk issued a Warrant for Arrest for the defendant currency and that warrant was executed on May 27, 2021.

4. Beginning on May 28, 2021, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on June 28, 2021.

///

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Karen DeGuzman
    b. King James Barberan Miranda
    c. Terry Hubbard, and
    d. Marializa Roque

6. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against King James Barberan Miranda, Terry Hubbard, and Marializa Roque on November 19, 2021. Pursuant to Local Rule 540, the United States and claimant request that, as a part of the Final Judgment of Forfeiture in this case, the Court enter a default judgment against the interest, if any, of King James Barberan Miranda, Terry Hubbard, and Marializa Roque without further notice.

7. Claimant Karen DeGuzman filed a Verified Claim claiming an interest in the defendant currency on June 30, 2021 and an Answer to the Complaint on July 21, 2021. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

8. Claimant represented and warranted that he is the sole owner of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against King James Barberan Miranda, Terry Hubbard, Marializa Roque and claimant Karen DeGuzman and all other potential claimants who have not filed claims in this action.

2. Upon entry of a Final Judgment of Forfeiture, $30,000.00 of the Approximately $40,000.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.

3. Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $10,000.00 of the Approximately $40,000.00 in U.S. Currency shall be returned to Karen DeGuzman through her attorney Richard J. Hogan V.

///

4.  The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Karen DeGuzman waived the provisions of California Civil Code § 1542.

5.  All parties are to bear their own costs and attorneys' fees.

6.  The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

7.  Based upon the allegations set forth in the Complaint filed May 21, 2021, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE